UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-1769**

Case Title: **Christian Healthcare Centers, Inc.** vs. **Dana Nessel et al.**

List all clients you represent in this appeal:

**Jewish Coalition for Religious Liberty and the Religious Freedom Institute's Islam and Religious Freedom Action Team**

☐ Appellant     ☐ Petitioner     ☑ Amicus Curiae     ☐Criminal Justice Act
☐ Appellee     ☐ Respondent     ☐ Intervenor              (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Adam Blake McCoy**     Signature: s/ **Adam McCoy**

Firm Name: **Nelson Mullins Riley & Scarbourough LLP**

Business Address: **2 W. Washington Street, Suite 400**

City/State/Zip: **Greenville, SC 29601**

Telephone Number (Area Code): **864-373-2369**

Email Address: **adam.mccoy@nelsonmullins.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17