UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-1769**

Case Title: **Christian Healthcare Centers, Inc.** vs. **Nessel, et al.**

List all clients you represent in this appeal:

**Ethics and Public Policy Center**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Eric N. Kniffin**     Signature: s/ **Eric N. Kniffin**

Firm Name: **Ethics and Public Policy Center**

Business Address: **1730 M. Street, N.W., Suite 910**

City/State/Zip: **Washington, DC 20036**

Telephone Number (Area Code): **719-212-4391**

Email Address: **eric@kniffin.law, ekniffin@eppc.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.