Case No. 23-1769

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CHRISTIAN HEALTHCARE CENTERS, INC.

    Plaintiff - Appellant

v.

DANA NESSEL; JOHN E. JOHNSON, JR.; PORTIA L. ROBERSON; ZENNA FARAJ ELHASON; GLORIA E. LARA; REGINA GASCO-BENTLEY; ANUPAMA KOSARAJU; RICHARD CORRIVEAU; DAVID WORTHAMS, in their official capacities as members of the Michigan Civil Rights Commission

    Defendants - Appellees

Upon consideration of the four motions for leave to file briefs as an amicus curiae submitted by counsel Frederick W. Claybrook, Jr. for **Billy Graham Evangelistic Association, Concerned Women for America, Illinois Family Institute, International Conference of Evangelical Chaplain Endorsers, National Legal Foundation, Pacific Justice Institute, Samaritan's Purse and The Family Foundation**, counsel Randall L. Wenger for **Association of Classical Christian Schools**, counsel Eric Kniffin for **Ethics and Public Policy Center** and counsel Miles E. Coleman for **the Jewish Coalition for Religious Liberty and the Religious Freedom Institute's Islam and Religious Freedom Action Team**,

It is **ORDERED** that the motions are **GRANTED**.

                          **ENTERED BY ORDER OF THE COURT**
                          Kelly L. Stephens, Clerk

Issued: April 23, 2024