Case No. 23-1769

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

CHRISTIAN HEALTHCARE CENTERS, INC.

    Plaintiff - Appellant

v.

DANA NESSEL; JOHN E. JOHNSON, JR.; PORTIA L. ROBERSON; ZENNA FARAJ ELHASON; GLORIA E. LARA; REGINA GASCO-BENTLEY; ANUPAMA KOSARAJU; RICHARD CORRIVEAU; DAVID WORTHAMS, in their official capacities as members of the Michigan Civil Rights Commission

    Defendants - Appellees

   Upon consideration of the Appellees motion to have appeals 23-1769, 23-1781 and 23-1860 submitted for oral argument to a single merits panel and heard on the same day,

   It is **ORDERED** that the motion is **DENIED AS MOOT**.

                                  **ENTERED BY ORDER OF THE COURT**
                                    Kelly L. Stephens, Clerk

Issued: May 08, 2024