Case No. 23-1769

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CHRISTIAN HEALTHCARE CENTERS, INC.

    Plaintiff - Appellant

v.

DANA NESSEL; JOHN E. JOHNSON, JR.; PORTIA L. ROBERSON; ZENNA FARAJ ELHASON; GLORIA E. LARA; REGINA GASCO-BENTLEY; ANUPAMA KOSARAJU; RICHARD CORRIVEAU; DAVID WORTHAMS, in their official capacities as members of the Michigan Civil Rights Commission

    Defendants - Appellees

BEFORE: WHITE, STRANCH and MURPHY, Circuit Judges.

Upon consideration of the bill of cost filed by the Appellant,

It is **ORDERED** that the bill of cost is **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: December 06, 2024